In the Matter of the Appraisal of the Estate of Tootie McGregor Terry, Deceased, under the Acts in Relation to the Taxable Transfers of Property. Marshall O. Terry and Another, as Executors, etc., Appellants; Comptroller of the State of New York, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Max A. Kurten, Respondent, v. Valentine Oster and Creszens Oster, Defendants, and The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Lawyers' Title Insurance and Trust Company, Respondent, v. Samuel G. Lockwood, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Louis De Jonge & Company, Respondent, v. William Bauman and Theresa Bauman, Appellants, and Mechanics' Bank, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Thomas B. McNickle, as Executor, etc., of Clara Birdsall Bynner, Deceased, Appellant, v. James Wright and Minnie Wright, Respondents, and Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.